STATE v. JOSEPHINE BESSE.[1]

October 24, 1924.

No. 24,123.

**Appeal dismissed.**

[1]Reported in 200 N. W. 356.

Defendant was charged in the juvenile court of Hennepin county with having contributed to the delinquency of a minor child, tried before Guilford, J., and a jury which found her guilty. From an order denying her motion for a new trial, defendant appealed. Appeal dismissed.

*Hutchinson, Bellew & Foley,* for appellant.

*Floyd B. Olson,* County Attorney, and *Arthur Markve,* Assistant County Attorney, for respondent.

PER CURIAM.

The appeal in the above entitled cause is dismissed for want of jurisdiction. The notice of appeal was not served upon the attorney general.